UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACC, INC.,<br>            Plaintiff,<br>    v.<br>JON BYRON DAVIS,<br>            Defendant. | Case No. 18-cv-03454-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On June 11, 2018, Plaintiff VACC, Inc. filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Joseph C. Spero to determine whether it is related to *VACC, Inc. v. Davis*, No. 16-cv-01350 JCS.

**IT IS SO ORDERED.**

Dated: June 29, 2018

Donna M. Ryu
United States Magistrate Judge