# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| VACC, INC., | Case No. 18-cv-03454-JCS |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING MOTIONS TO FILE EXHIBIT TO COMPLAINT UNDER SEAL** |
| JON BYRON DAVIS, | |
| Defendant. | Re: Dkt. Nos. 7, 29 |

For the reasons stated in the November 27, 2018 declarations of Darryl Woo and Pei Hsien Ren, Plaintiff VACC, Inc.'s second administrative motion to file under seal (dkt. 29) is GRANTED, and the proposed redactions to the settlement conference transcript may remain under seal. VACC's first administrative motion to file the entire transcript under seal (dkt. 7) is GRANTED with respect to those proposed redactions only, but is otherwise DENIED. VACC shall file a public redacted version of the transcript no later than December 4, 2018.

**IT IS SO ORDERED.**

Dated: November 28, 2018

JOSEPH C. SPERO
Chief Magistrate Judge