UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACC, INC., <br>     Plaintiff, <br> v. <br> JON BYRON DAVIS, <br>     Defendant. | Case No. 18-cv-03454-JCS <br><br> **ORDER DENYING AS MOOT MOTION TO DISMISS AND STRIKE COMPLAINT AND GRANTING MOTION TO FILE UNDER SEAL** <br><br> Re: Dkt. Nos. 35, 37 |

Defendant Jon Byron Davis moved to dismiss and strike the original complaint filed by Plaintiff VACC, Inc. *See* dkt. 35. VACC has since filed an amended complaint (dkt. 42), superseding the original complaint at issue in Davis's motion. The motion is therefore DENIED AS MOOT. For the reasons stated in the December 7, 2018 declaration of Pei Hsien Ren and the December 11, 2018 declaration of Darryl Woo, Davis's related motion to file under seal (dkt. 37) is GRANTED.

Davis shall answer or otherwise respond to VACC's amended complaint in due course.

**IT IS SO ORDERED.**

Dated: January 14, 2019

JOSEPH C. SPERO
Chief Magistrate Judge